IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY THOMAS BATTS, JR,

    Plaintiff,

v.                                             CASE NO. 4:08-cv-00244-MP-WCS

L BERRY,
LORETTA HAMILTON,
MARHOLIN,
PRISON HEALTH SERVICES INC,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that the case be dismissed for failure to prosecute and to keep the Court apprised of Plaintiff's mailing address. The last three orders have been properly sent to the last mailing address but have been returned. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This case is dismissed with prejudice for failure to prosecute and to keep the Court apprised of Plaintiff's address.

**DONE AND ORDERED** this _9th_ day of September, 2008

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge